UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUDREY C. MILTON, individually and on behalf of all others similarly situated, | No. 10 CV 6258 |
| Plaintiff, | |
| v. | Hon. Fredrick Motz |
| | **NOTICE OF MOTION** |
| ALLSTAR PRODUCTS GROUP, LLC d/b/a STRAP PERFECT™, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that, upon the November 2, 2010 Declaration of Ron Steblea and the exhibits attached thereto, upon the accompanying memorandum of law, and upon all prior pleadings and proceedings had herein, defendant Allstar Marketing Group, LLC d/b/a Allstar Products Group (named in the Complaint as "Allstar Products Group, LLC"), by its attorneys, Davis & Gilbert LLP, will move this Court before the Honorable Fredrick Motz, at the United States District Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for entry of an order dismissing the Complaint in its entirety with pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and granting such other relief as the Court deems just and proper.

Dated: New York, New York
November 8, 2010

DAVIS & GILBERT LLP

By: _____

Neal H. Klausner, Esq. (nklausner@dglaw.com)
Jennifer Tafet Klausner, Esq. (jklausner@dglaw.com)
David S. Greenberg, Esq. (dgreenberg@dglaw.com)
1740 Broadway
York, New York 10019
Tel: (212) 468-4800
*Attorneys for Defendant Allstar Marketing Group, LLC d/b/a AllStar Products Group*